UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 23 PM 2: 55

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| THYSSENKRUPP ELEVATOR MANUFACTURING, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL R. SUTTON d/b/a )<br>DMCELEVATOR.COM, )<br><br>Defendant. ) | Civil Action No. 05-2317 DP |

~~PROPOSED~~ ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF
TMP   DEADLINE TO RESPOND TO COMPLAINT

Defendant moves this Court to extend the deadline for it to file a response to the Complaint. Plaintiff consents to this request for extension of this deadline.

THEREFORE IT IS ORDERED AND DECREED that Defendant's Motion for Extension of Deadline shall be and is hereby granted, and that the deadline for Defendant to file a response to the Complaint shall be extended to June 13, 2005.

_____
JUDGE ~~BERNICE DONALD~~ Tu M. Pham
DATE: 5/23/05

M BET 879750 v1
2790829-000001  05/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02317 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT