# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 PM 2:0_

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| THYSSENKRUPP ELEVATOR MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. SUTTON d/b/a DMCELEVATOR.COM, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-2317 DP |

## ~~PROPOSED~~ ORDER GRANTING DEFENDANT'S MOTION FOR FURTHER EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

Defendant moves this Court to further extend the deadline for it to file a response to the Complaint. Plaintiff consents to this request for extension of this deadline.

THEREFORE IT IS ORDERED AND DECREED that Defendant's Motion for Further Extension of Deadline shall be and is hereby granted, and that the deadline for Defendant to file a response to the Complaint shall be extended to June 20, 2005.

_____
JUDGE ~~BERNICE DONALD~~ Tu M. Pham
DATE: June 13, 2005

M BET 879750 v1
2790829-000001 06/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02317 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT