UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THYSSENKRUPP ELEVATOR MANUFACTURING, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-2317 DP |
| MICHAEL R. SUTTON d/b/a DMCELEVATOR.COM, | ) ) ) ) |
| Defendant. | ) |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION TO RESPOND TO COMPLAINT**

Defendant moves this Court to extend again the deadline for it to file a response to the Complaint. Plaintiff consents to this request for extension of this deadline.

THEREFORE IT IS ORDERED AND DECREED that Defendant's Motion for Additional Extension to Respond to Complaint shall be and is hereby granted, and that the deadline for Defendant to file a response to the Complaint shall be extended to July 5, 2005.

JUDGE ~~BERNICE DONALD~~ Tu M. Pham
DATE: June 17, 2005

Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/21/05

M BET 879750 v1
2790829-000001 06/16/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02317 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT