FILED BY _____ D.C.
05 AUG 25 PM 2:09
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____
2005 AUG 24  AM 10:08
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ULYSSES ELEVATOR
MANUFACTURING, INC.,

Plaintiff,

v.

MICHAEL R. SUTTON d/b/a
DMCELEVATOR.COM,

Defendant.

No. 05-2317 DP

MOTION GRANTED
/s/ [signature]
U.S. MAGISTRATE JUDGE
August 25, 2005
DATE

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now your Defendant, Mike Sutton, and moves this Honorable Court to allow substitution of counsel. Currently, Brad Trammell and the Baker Donelson Caldwell & Berkowitz Law Firm represent Defendant. The Defendant moves this court to allow a substitution of counsel such that the Law Office of Edward M. Bearman would be substituted as Defendants counsel and relieving Brad Trammell and Baker Donelson Law Firm of any further responsibilities in this matter.

Respectfully Submitted,

By: /s/ Edward Bearman
Edward M. Bearman (14242)
780 Ridge Lake Blvd.
Suite 202
Memphis, TN 38120

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to Douglas Halijan, Attorney at Law, 130 North Court Avenue, Memphis, TN, 38103, Bradley Trammell, Attorney at Law, 165 Madison Avenue, Suite 2000, Memphis, Tennessee, 38103, via U.S. Mail postage prepaid on this 15 day of Aug, 2005.

Edward M. Bearman

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02317 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT