UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _11_ ____ D.C.

05 SEP -8 AM 10: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**THYSSENKRUPP ELEVATOR MANUFACTURING, INC.**

v.

**MICHAEL R. SUTTON d/b/a DMCELEVATOR.COM**

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2317-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal With Prejudice entered on September 7, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

/s/ Bernice Donald
BERNICE B. DONALD
UNITED STATES DISTRICT COURT
September 7, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Wendy Blackledge-Ell
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/9/05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02317 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT